# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
**WILLIAM M. NICKERSON**
SENIOR UNITED STATES DISTRICT JUDGE

August 15, 2004

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810

Judge Ortrie D. Smith, Chair
Committee On Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Dear Judge Smith,

This letter is in response to your letter of May 29, 2007 requesting additional information regarding my report for calendar year 2006. Unfortunately, your letter did not reach me until a copy of it was forwarded by staff counsel, George D. Reynolds, as an attachment to his letter of July 26.

I have reviewed my 2006 report and the supporting information in my possession and offer the following response to the two numbered paragraphs on the second page of your letter:

1) Line 51, Part VII, page 6 and lines 53 - 59, Part VII, page 7 should all reflect value code K in Column D(3).

2) The amount code in Column B(1) at lines 86 and 90 should have been left blank as no income was received for either of those assets.

I appreciate the additional advice provided on page one of your letter regarding the reporting of the disposition or sale of assets and will, hopefully, get it right on next year's report.

I am sorry that I was unable to get this information to you earlier.

Sincerely,

William M. Nickerson
Senior United States District Judge

cc:     George D. Reynolds, Staff Counsel

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Nickerson, William M | 2. Court or Organization Maryland | 3. Date of Report 4/26/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Senior St | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 101 W. Lombard Street Baltimore MD 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/6/93 | State of Md. Judicial Pension Plan; |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2007 MAY -2 A 10: 55 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 4/26/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. monthly | State of Md. Judicial Pension Plan | $ 26,656.14 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 4/26/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alltel Corp. cmn | C | Dividend | M | T | | | J | | |
| 2. Wyeth cmn | A | Dividend | K | T | | | | | |
| 3. Bristol Myers Squibb cmn | B | Dividend | K | T | | | | | |
| 4. Chevron Texaco Corp. . cmn | A | Dividend | K | T | | | | | |
| 5. Coca Cola Co. cmn | B | Dividend | L | T | | | | | |
| 6. Colgate Palmolive Co. cmn | A | Dividend | K | T | | | | | |
| 7. Diamond Offshore Drilling Co. cmn | A | Dividend | K | T | | | | | |
| 8. DuPont, E. I. cmn | A | Dividend | J | T | | | | | |
| 9. Equifax Inc. cmn | A | Dividend | K | T | | | | | |
| 10. General Electric Co. cmn | B | Dividend | L | T | | | | | |
| 11. General Mills Inc. cmn | A | Dividend | K | T | | | | | |
| 12. Johnson & Johnson cmn | B | Dividend | L | T | | | | | |
| 13. Merck & Co., Inc. cmn | A | Dividend | K | T | | | | | – |
| 14. Motorola, Inc. cmn | A | Dividend | J | T | partial sale | 12/12 | J | | see VIII |
| 15. Pitney Bowes, Inc. cmn | A | Dividend | K | T | | | | | |
| 16. Procter & Gamble Co. cmn | A | Dividend | J | T | | | | | |
| 17. Mutual Shares Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 4/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price Equity Income Fd. | A | Dividend | J | T | redeemed | 5/15 | J | C | |
| 19. T.R.P. Spectrum Growth Fd. | A | Dividend | K | T | redeemed | 5/15 | K | D | |
| 20. T.R.P. Tax Free Income Fd. | B | Dividend | K | T | redeemed | 5/15 | K | A | |
| 21. Constellation Energy cmn | A | Dividend | K | T | | | | | |
| 22. Cheesecake Factory Inc. cmn | | None | K | T | | | | | |
| 23. Jones Apparel Grp cmn | | None | K | T | | | | | |
| 24. T.R.P. Md. Tax Free Bond | C | Dividend | L | T | | | | | |
| 25. T.R.P. Science & Tech. Fd. | | None | J | T | redeemed | 5/15 | J | A | |
| 26. T.R.P. Tax Exempt M/M | A | Dividend | L | T | | | | | |
| 27. JP Morgan Trust | A | Distribution | P1 | T | | | | | |
| 28. - Chase Market Rate Acct | | | | | | | | | |
| 29. - Verizon Communications | | | | | | | | | |
| 30. - Chevron Texaco Corp | | | | | | | | | – |
| 31. - Dow Chemical | | | | | | | | | |
| 32. - Gen Elect Co | | | | | | | | | |
| 33. - Exxon Mobil Corp | | | | | | | | | |
| 34. - J P Morgan Core Bond Sel Fid Fund | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 4/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    - Altria Group, Inc. | | | | | | | | | |
| 36.    - American Electric Power Co, Inc. | | | | | | | | | |
| 37.    - Bank of America Corp New | | | | | | | | | |
| 38.    - Bristol Meyers Squibb Co | | | | | | | | | |
| 39.    - Citigroup Inc. | | | | | | | | | |
| 40.    - Consolidated Edison, Inc. | | | | | | | | | |
| 41.    - Dominion Resources Inc VA | | | | | | | | | |
| 42.    - Eastman Chemical Co | | | | | | | | | |
| 43.    - Scana Corp | | | | | | | | | |
| 44.    - Washington Mut Inc. | | | | | | | | | |
| 45.    - Bank of America 3.875% 1/15/08 | | | | | | | | | |
| 46.    - DuPont Ei De Nemour 3.375% 11/15/07 | | | | | | | | | |
| 47.    - FNMA 2.875% 10/15/05 | | | | | redeemed | 10/15 | | | see VIII |
| 48.    - FNMA 3.375% 12/15/08 | | | | | | | | | |
| 49.    -- Merrill Lynch MTN 4.125% 1/15/09 | | | | | | | | | |
| 50.    - Morgan Stanley 4.25% 5/15/10 | | | | | | | | | |
| 51.    - US Treasury NT 2% 5/15/06 | | | | | redeemed | 5/15 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 4/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - US Treasury NT 2.375% 8/15/06 | | | | | | | | | |
| 53.   - Donnelley RR & Sons Co. | | | | | buy | 1/4 | | | |
| 54.   - Duke Energy Hldg. Corp. | | | | | buy | 1/4 | | | |
| 55.   - Lyondell Chemical Co. | | | | | buy | 1/4 | | | |
| 56.   - St. Paul Travelers Cos. Inc. | | | | | buy | 1/4 | | | |
| 57.   - Wachovia Corp. 2nd New | | | | | buy | 1/4 | | | |
| 58.   - Whirlpool Corp. | | | | | buy | 1/4 | | | |
| 59.   - Glaxosmithkline PLC Sponsored ADR | | | | | buy | 1/4 | | | |
| 60.   Dell, Inc. Cmn | | None | J | T | | | | | |
| 61.   Exxon Mobil Corp cmn | A | Dividend | K | T | | | | | |
| 62.   Intel Corp cmn | A | Dividend | J | T | | | | | |
| 63.   Mercantile Bkshrs cmn | A | Dividend | K | T | | | | | |
| 64.   Microsoft Corp cmn | A | Dividend | J | T | | | | | |
| 65.   T. Rowe Price Inc. cmn | A | Dividend | K | T | | | | | |
| 66.   Zebra Tech cmn | | None | K | T | | | | | |
| 67.   Enron Corp cmn | | None | J | T | deleted | | | | see VIII |
| 68.   T.R.P. Tax Effct Growth Fd | | None | K | T | redeemed | 5/15 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. OCA, Inc.cmn | | None | J | T | | | | | |
| 70. Pfizer Inc cmn | A | Dividend | K | T | partial sale | 12/12 | J | | see VIII |
| 71. Wal-Mart Stores cmn | A | Dividend | K | T | | | | | |
| 72. Alcatel Lucent Spon ADR cmn - formerly Lucent Tech cmn | A | Dividend | J | T | | | | | |
| 73. Fidelity Nat'l. Info Svs. Inc. cmn formerly Certegy Inc. cmn | A | Dividend | K | T | | | | | |
| 74. Zimmer Hldgs. Inc. cmn | | None | J | T | | | | | |
| 75. Monsanto Co. Cmn | A | Dividend | J | T | sell | 12/12 | J | | see VIII |
| 76. Smucker J M Co cmn | A | Dividend | J | T | | | | | |
| 77. Medcohealth Solutions, Inc. cmn | | None | J | T | sell | 12/12 | J | | see VIII |
| 78. W.P. Stewart Growth Fund, Inc. | D | Dividend | M | T | | | | | |
| 79. Freescale Semiconductor, Inc. Cl B | | None | J | T | sell | 12/4 | J | B | |
| 80. Massachusetts Mutual Ins. Co. - whole life policy | C | Dividend | K | T | | | | | |
| 81. Ameriprise Trust Co. ACF W. M. Nickerson IRA | | | | | | | | | – |
| 82. - AMEX Insd. M/M acct. | A | Dividend | K | T | | | | | |
| 83. - Columbia Acorn Fd. - A | A | Dividend | L | T | | | | | |
| 84. - Riversource Diversified Bd. Fd. Cl A | B | Dividend | K | T | | | | | |
| 85. - Riversource High Yield Bd. Fd. Cl A | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 4/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g. div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, redemption) | (2)<br>Date Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 86. - Riversource Large Cap Equity Cl A | A | None | K | T | | | | | |
| 87. - Fidelity ADV Mid Cap Fd. Cl T | | None | L | T | | | | | |
| 88. - Oppenheimer Global Opp. Fd. | A | Dividend | K | T | sell | 12/20 | K | D | |
| 89. - Van Kampen Global Franchise Cl A | A | Dividend | K | T | | | | | |
| 90. - I Shares MSCI Emerging Mkts. | A | None | J | T | | | | | |
| 91. - I Shares Russell 1000 Value | B | Dividend | K | T | | | | | |
| 92. - I Shares Russell 1000 Growth | A | Dividend | K | T | | | | | |
| 93. - I Shares S&P Europe 350 Index | A | Dividend | K | T | | | | | |
| 94. - I Shares S&P Midcap400 Barra Growth Index Fd. | A | Dividend | L | T | | | | | |
| 95. - I Shares S&P Midcap 400 Barra-Value Index Fd. | A | Dividend | L | T | | | | | |
| 96. - I Shares S&P Smallcap 600 Index Fd. | A | Dividend | L | T | | | | | |
| 97. - Morgan Stanley Capital Trust V | A | Dividend | K | T | | | | | |
| 98. - Fidelity Advisor New Insights - T Fund | | None | K | T | buy | 1/12 | K | | – |
| 99. Riversource Fundamental Val - A Fd. | A | Dividend | K | T | | | | | |
| 100. Riversource Intl Sel Val-A Fund | A | Dividend | J | T | | | | | |
| 101. Columbia Mid Cap Value -A Fund | A | Dividend | K | T | | | | | |
| 102. Columbia Small Cap Value A Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 4/26/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Fidelity Advisor Mid Cap II-A Fd. | | None | K | T | | | | | |
| 104. Morgan Stanley Capital Trust V | A | Dividend | J | T | | | | | |
| 105. Oppenheimer Developing Mkts. - A Fund | A | Dividend | J | T | | | | | |
| 106. Riversource Diversified Equity Inc. - A | A | Dividend | K | T | buy | 6/14 | K | | |
| 107. Riversource Ret. Adv. Advantage Plus Annuity | A | Int./Div. | L | U | buy | 6/16 | K | | |
| 108. Riversource Ret. Advisor Advantage Plus Annuity | A | Int./Div. | L | U | buy | 6/19 | K | | |
| 109. Windstream Corp. cmn | A | Dividend | K | T | spinoff | 7/21 | K | | see VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 4/26/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, p.4, item 14, Motorola, Inc. - sale proceeds donated to church building fund.

p.6, item 47, FNMA 2.875% 10/15/05 - redemption date is 10/15/05. Trust reports to Filer show fiscal year transactions from 07/01/05 to 06/30/06.

p.7, item 67, Enron Corp. - asset deleted. Reported as worthless by broker.

p.8, item 70, Pfizer, Inc. - sale proceeds donated to church building fund.

p.8, item 75, Monsanto Co. - sale proceeds donated to church building fund.

p.8, item 77, Medcohealth Solutions, Inc. - sale proceeds donated to church building fund.

p.10, item 109, Windstream Corp. - Filer owned shares of Alltel Corp. which spun off Windstream shares.

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 4/26/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date___ 4/26/07 ___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544